UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  )
                          )
              v.          )  Mag. Judge Case No. 12-MJ-2227-MBB
                          )
TROY CRICHLOW             )

### AFFIDAVIT IN SUPPORT OF ARREST

I, MATTHEW LAWLOR, Deputy United States Marshal, do hereby make oath before the Honorable Marianne B. Bowler, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a bench warrant of arrest for one TROY CRICHLOW based on his failure to appear in the Superior Court of the District of Columbia in connection with a Post-Conviction Order to Show Cause for Probation Violations arising out of the charges of Simple Assault and Unlawful Entry in Case 2003 FEL 2525, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
MATTHEW LAWLOR
DEPUTY UNITED STATES MARSHAL
DISTRICT OF MASSACHUSETTS

Subscribed and sworn to before me this 19th day of November, 2012.

_____
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

**UNITED STATES OF AMERICA**

vs.

**TROY CRICHLOW**

CRIMINAL NO. **2003 FEL 002725**

ISSUED BY:
ERIC CHRISTIAN

## BENCH WARRANT

May be served at any place within the jurisdiction of the United States
*Unless Specified Otherwise Below*

TO: The United States Marshal for the Superior Court of America or any other authorized federal officer or the Chief of Police for the District of Columbia.

GREETINGS; YOU ARE HEREBY COMMANDED to arrest the <u>above-named</u> person and bring that person before this Court or other Court enumerated in 18 U.S.C. 3041 to answer to the charge(s) listed below.
( ) YOU ARE FURTHER COMMANDED to execute this warrant FORTHWITH.

---

BASIS FOR WARRANT AND DESCRIPTION OF CHARGES: Failure to Appear
**UNLAWFUL ENTRY**
**SIMPLE ASSAULT**

---

*SPECIAL TERRITORIAL LIMITS ON EXECUTION OF WARRANT-THIS SECTION VALID ONLY IF COMPLETED*
Extraterritorial Service of this Warrant is limited to:

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court on this date 10/26/2012.

BAIL FIXED BY THE COURT
AT: **NO BOND**

Superior Court of the District of Columbia
BY: _____
Judge

| Date Received: | Return: This warrant was received and executed with the arrest of the above named person. |
|---|---|
| Date Executed: | Signature of Arresting Officer |

CDFBW.DOC